# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD H. EDGERTON, JR.,<br>    Plaintiff(s),<br>v.<br>HILLARD, et al.,<br>    Defendant(s). | Case No. 2:23-cv-00693-APG-NJK<br>**Order**<br>[Docket No. 29] |

    Pending before the Court is Plaintiff's motion for enlargement of time. Docket No. 29. Defendants must file a response by August 20, 2024.

    IT IS SO ORDERED.

    Dated: August 16, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1