# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD H. EDGERTON, JR.,<br><br>  Plaintiff,<br><br>v.<br><br>HILLARD, *et al.*,<br><br>  Defendants. | Case No. 2:23-cv-00693-APG-NJK<br><br>**Order** |

Pending before the Court is Plaintiff's amended motion to compel discovery. Docket No. 44. Defendants filed a response. Docket No. 46. No reply was filed. *See* Docket.

Plaintiff must file a supplement by December 18, 2024, addressing whether he had an appointment to view his medical file. *See* Docket No. 46 at 2. If the appointment did occur, Plaintiff must describe what occurred at the appointment, without including any confidential medical information.

Further, Defendant Hillard asks the Court to deny Plaintiff's request for the video footage of the alleged incident because the video footage does not exist. Docket No. 46 at 4. Defendant requests that, if the Court would like a more detailed explanation of why the footage does not exist, he be provided an opportunity to submit evidence privately to the Court for an *in camera* review. *Id*. It is unclear to the Court why an explanation about non-existent evidence must be provided privately. As such, Defendant must file a supplemental brief addressing this issue, by December 18, 2024.

IT IS SO ORDERED.

Dated: December 4, 2024

_____
Nancy J. Koppe
United States Magistrate Judge