UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Edward H. Edgerton, Jr.,<br><br>    Plaintiff<br><br>v.<br><br>Hillard, et al.,<br><br>    Defendant | Case No.: 2:23-cv-00693-APG-NJK<br><br>**Order Affirming Magistrate Judge's Orders**<br><br>[ECF Nos. 54, 56] |

  Magistrate Judge Koppe denied defendant Alexander Hillard's motion for leave to submit a declaration *ex parte* for *in camera* review. ECF No. 53. Hillard appeals that decision, arguing that the declaration contains confidential security information that cannot be disclosed to plaintiff Edward Edgerton. ECF No. 54. Judge Koppe's order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). She correctly stated that *in camera* review is disfavored. Moreover, Hillard could have filed the declaration *ex parte* under Local Rule IA 7-2(b) with an explanation why it must not be shared with Hillard.

  Judge Koppe also partially granted the motion to compel filed by Edgerton. ECF No. 55. Hillard appeals that ruling as to amended request for production number 5. ECF No. 56 at 1. Judge Koppe's order is not "clearly erroneous or contrary to law." LR IB 3-1(a).

  I THEREFORE ORDER that Magistrate Judge Koppe's orders **(ECF Nos. 53, 55) are affirmed**, and Hillard's appeals **(ECF Nos. 54, 56) are denied**.

  DATED this 29th day of May, 2025.

                     ANDREW P. GORDON
                     CHIEF UNITED STATES DISTRICT JUDGE